UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00068-KJN |
| Plaintiff, | ) ) | ORDER TO DISMISS AND RECALL ABSTRACT |
| v. | ) ) | |
| RICHARD R. MARTIN, | ) ) | DATE: March 14, 2017 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00068-KJN without prejudice is GRANTED.

It is further ordered that the abstract issued on March 14, 2017, shall be recalled.

IT IS SO ORDERED.

Dated: April 18, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE